| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar Nos., & Email Address | FOR COURT USE ONLY |
|---|---|
| **Reed H. Olmstead**<br>**LAW OFFICES OF REED H. OLMSTEAD**<br>**5266 Hollister Ave, Ste 224**<br>**Santa Barbara, CA 93111**<br>**(805) 963-9111 Fax: (805) 963-2209**<br>California State Bar Number: **269525 CA** | **FILED & ENTERED**<br><br>**JUL 23 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY rust        DEPUTY CLERK** |

☐ *Individual appearing without attorney*
☒ *Attorney for:*    **Debtor and Debtor-in-Possession**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| In re<br><br>JENNIFER VIOLET O'NEIL,<br><br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 9:17-bk-11647-DS<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER RE: NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012]** |
| | ☐  No Hearing<br><br>☒  Hearing Information<br><br>DATE:          July 16, 2019<br>TIME:          11:00 a.m.<br>COURTROOM:   201<br>PLACE:          1415 State Street<br>               Santa Barbara, CA 93101 |

**Affected Collateral:**      **5210 Austin Road, Santa Barbara, CA 93111**

The court has considered the NOTICE OF MOTION AND MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. § 506(a), FRBP 3012], docket number ___**112**___ (Motion).

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                        *Page 1*                          **F 3012-1.ORDER.VALUATION**

1.   The Motion was: ☐Opposed ☒Unopposed ☐Settled by stipulation

2.   Appearances are stated on the record (if hearing was held).

3.   Based upon the Motion and evidence offered in support thereof, and upon the findings and conclusions made at the hearing (if a hearing was held), IT IS ORDERED THAT:

   a.  ☐  The Motion is denied.

   b.  ☒  The Motion is granted and IT IS FURTHER ORDERED THAT:

      (1) As of *(applicable date)*   **May 15, 2019**   , the value of the Collateral is $   **890,000.00**   .

      (2) The liens encumbering the Collateral are determined to be secured and unsecured as follows:

| Names of Lien Holders in Order of Priority | Secured Portion of the Claim | Unsecured Portion of the Claim |
|---|---|---|
| **1st Lien**   Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III | $  890,000.00 | $  337,613.97 |
| **2nd Lien**   Real Time Real Time Resolutions, Inc. as agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO PMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2006-F | $  0.00 | $  786,612.33 |
| **3rd Lien**   Joel A. Maloney | $  0.00 | $  92,560.00 |

###

Date: July 23, 2019

_____

Deborah J. Saltzman
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              *Page 2*                         **F 3012-1.ORDER.VALUATION**